**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7490**

ROBERT HENRY DAVIS,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.   (8:09-cv-01720-PJM)

Submitted:  November 17, 2009    Decided:  November 25, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Henry Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert H. Davis appeals the district court's order dismissing his action seeking correction of his presentence investigation report, pursuant to the Privacy Act, 5 U.S.C. § 552a(d)(2) (2006), as well as its order denying his motion for reconsideration of that dismissal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Davis v. United States, No. 8:09-cv-01720-PJM (D. Md. July 10, 2009; filed July 29, 2009 & entered July 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED